UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEZEKIAH ORJI,

        Plaintiff,

    v.

MICHAEL CHERTOFF, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

        Defendant.

CASE NO. C05-1216JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court has received Plaintiff's notice of "withdrawal" (Dkt. # 4), which it construes as a notice of voluntary dismissal under Fed. R. Civ. P. 41. The clerk is directed to dismiss this action.

    Filed and entered this 1st day of December, 2005.

                    BRUCE RIFKIN, Clerk

                    By   s/Mary Duett
                          Deputy Clerk

MINUTE ORDER